# United States District Court
## Northern District of New York

## JUDGMENT IN A CIVIL CASE

**DERRICK McKEL JOHNSON**

               **V.**              **CASE NUMBER: 9:99-CV-386(LES/GHL)**

**GLENN S. GOORD; et al.**

| | |
|---|---|
| **[ ]** | **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict. |
| **[XX]** | **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered. |

IT IS ORDERED AND ADJUDGED, that judgment be entered in favor of Defendants against Plaintiff dismissing this action without prejudice for failure to prosecute, pursuant to the oral order of the Hon. Lyle E. Strom on April 12, 2005.

DATED:    April 12, 2005

*[signature]*
Clerk of Court

LKB:lmp